# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joshua Mendez**<br>DOB: \*\*/\*\*/2003; United States Citizen<br>**Manuel Guzman**<br>DOB: \*\*/\*\*/2004; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-01746MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 7, 2022 in the District of Arizona, **JOSHUA MENDEZ** and **MANUEL GUZMAN** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two Romarms WASR-10 rifle, one Century Arms VSKA rifle, and one Century Arms BFT rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 7, 2022, **JOSHUA MENDEZ** and **MANUEL GUZMAN** attempted to exit the United States and enter Mexico via the pedestrian gate through the DeConcini Port of Entry in Nogales, Arizona. The two were stopped by Customs and Border Protection officers for a pat-down inspection after the officers noticed hard bulges under the clothing of the two men. During a search at secondary inspection, officers located AK-47 style rifles taped to the bodies of the two men. Specifically, the firearms are: two Romarms WASR-10 rifles, one Century Arms VSKA rifle, and one Century Arms BFT rifle.

After being advised of their *Miranda* rights, **MENDEZ** and **GUZMAN** agreed to speak with law enforcement agents. **GUZMAN** admitted that he was given cash by an unknown person to buy rifles from a gun store in Phoenix, Arizona. He admitted that he bought four rifles from a gun store in Phoenix, Arizona. He stated that he supplied firearms to **MENDEZ** who was in the same room during the process of preparing the weapons for smuggling. Both then taped the weapons to their bodies and attempted to exit the United States through the port of entry.

**MENDEZ** stated that he had been recruited a week ago by an unknown male at a party to "cross something" for an unknown amount of money. On the date of his arrest, he was picked up by an unknown person where they then drove to an unknown location and picked up **GUZMAN**. Both he and **GUZMAN** were driven to a third location where unknown individuals provided rifles and taped them to his and **GUZMAN'S** bodies. They were then driven to the port of entry and told to cross the border. Once passing the border into Mexico, they were supposed to wait at a pay phone to receive directions on where to deliver the weapons.

The above-mentioned firearms which the two attempted to unlawfully export, qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. An internet search of the firearm manufacturers showed that Romarms are shipped from Romani and Century arms are made in Vermont. Neither **MENDEZ** nor **GUZMAN** had a license or any other lawful authority to export the firearms from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Raquel Arellano* (Digitally signed by RAQUEL ARELLANO, Date: 2022.06.08 09:34:59 -07'00') | SIGNATURE OF COMPLAINANT<br>**DONNY S FIELDS** (Digitally signed by DONNY S FIELDS, Date: 2022.06.08 09:53:48 -07'00')<br>OFFICIAL TITLE<br>HSI Special Agent Donny Fields |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>June 8, 2022 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54